UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Republican National Committee, California Republican Party, Republican Party of San Diego County, and Michael Steele, <br><br>            Plaintiffs, <br><br>            v. <br><br>Federal Election Commission, <br><br>            Defendant, <br><br>Democratic National Committee and Representative Christopher Van Hollen, Jr., <br><br>            Intervenors. | Civil No. 08-1953 (BMK)(RJL)(RMC) <br><br>Three-Judge Court |

**ORDER AND FINAL JUDGMENT**

For the reasons set forth in the Memorandum Opinion, it is this 26th day of March, 2010, hereby

**ORDERED** that Defendant Federal Election Commission's Motion for Summary Judgment [#56] is **GRANTED**; it is further

**ORDERED** that Plaintiffs' Motion for Summary Judgment [#21] is **DENIED**; it is further

**ORDERED** that Defendant Federal Election Commission's Motion To Dismiss [#20] is **DISMISSED AS MOOT**; and it is further

1

**ORDERED** that final judgment be entered for the defendant.

**SO ORDERED.**

_____
BRETT M. KAVANAUGH
United States Circuit Judge


_____
RICHARD J. LEON
United States District Judge


_____
ROSEMARY M. COLLYER
United States District Judge